SEPTEMBER 22, 1997

No. 97–127. ST. LEDGER ET AL. v. KENTUCKY REVENUE CABINET ET AL. Sup. Ct. Ky. Certiorari dismissed under this Court's Rule 46.1.

No. 97–329. PENGUIN BOOKS USA, INC., ET AL. v. DR. SEUSS ENTERPRISES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 97–6078 (A–234). IN RE TURNER. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

SEPTEMBER 23, 1997

No. 97–6123 (A–239). IN RE MCDONALD. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

SEPTEMBER 24, 1997

No. 97–5935. KESTERSON v. UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.

SEPTEMBER 29, 1997

No. D–1806. IN RE DISBARMENT OF MORATH. Disbarment entered. [For earlier order herein, see 520 U. S. 1262.]

No. D–1808. IN RE DISBARMENT OF KIRK. Disbarment entered. [For earlier order herein, see 520 U. S. 1262.]